**Opinion issued November 7, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00670-CV

————————————

**ALBERT T. VAN HUFF, Appellant**

**V.**

**TRACI M. VAN HUFF, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-34216**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in his motion, appellant's motion includes a certificate of service, more than ten days

have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Caughey.